RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Gregory Bernard Lacy

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY BERNARD LACY,<br><br>        Defendant. | Case No. 2:16-cr-00311-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Gregory Bernard Lacy, that the Revocation Hearing currently scheduled on March 13, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict at the same time as this hearing.
2. The defendant is not custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 9th day of March, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By /s/ *Aden Kebede*          By /s/ *Allison Reese*
ADEN KEBEDE                    ALLISON REESE
Assistant Federal Public Defender   Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGORY BERNARD LACY,<br><br>        Defendant. | Case No. 2:16-cr-00311-JCM-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, March 13, 2023 at 10:30 a.m., be vacated and continued to **March 22, 2023, at 10:30 a.m.**; or to a time and date convenient to the court.

DATED March 10, 2023.

_____
UNITED STATES DISTRICT JUDGE

3