RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Gregory Bernard Lacy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00311-JCM-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| GREGORY BERNARD LACY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Gregory Bernard Lacy, that the Revocation Hearing currently scheduled on March 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     The supervised release petition alleges a new violation which is pending in state court. This alleged new law violation is the subject of a pending state case. A status check on filing a complaint is scheduled for March 20, 2023. As a result, the parties seek a continuance

to allow Mr. Lacy to attend the state court proceedings and to further allow the state court matter to proceed before resolving the related matter in this case.

2. The defendant is not custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 15th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY BERNARD LACY,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00311-JCM-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 22, 2023 at 10:30 a.m., be vacated and continued to May 26, 2023 the hour of 10:30 a.m.; or to a time and date convenient to the court.

   DATED March 17, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE