RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Gregory Bernard Lacy

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00311-JCM-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| GREGORY BERNARD LACY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Gregory Bernard Lacy, that the Revocation Hearing currently scheduled on May 26, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Lacy has a pending state court case. The pending state case is the primary basis of the allegations in the petition. That case is scheduled for a status check on filing a

complaint on June 15, 2023. The parties need additional time to see the resolution of Mr. Lacy's pending state case before proceeding to a hearing on the petition.

      2.      The defendant is not custody and agrees with the need for the continuance.

      3.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 19th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kebede<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ Allison Reese<br>ALLISON REESE<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY BERNARD LACY,<br><br>　　　　Defendant. | Case No. 2:16-cr-00311-JCM-PAL<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 26, 2023 at 10:30 a.m., be vacated and continued to June 30, 2023 at the hour of 10:30 a.m.; or to a time and date convenient to the court.

　　DATED May 19, 2023.

_____
UNITED STATES DISTRICT JUDGE

3